# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00716JMS-LEK |
| CASE NAME: | Primo Mateo, Jr. Vs. Norwegian Cruise Line, Ltd., et al. |
| ATTYS FOR PLA: | Jay Lawrence Friedheim |
| ATTYS FOR DEFT: | Jeffrey S. Portnoy |
| | Neill T. Tseng |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 3/31/2006 | TIME: | 10:00-12:00 |

COURT ACTION:  EP: Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager