CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211-0
NEILL T. TSENG              8088-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax:       (808) 540-5040

Attorneys for Defendants
NCL, AMERICA, INC.; PRIDE OF
ALOHA, INC.; and M/V PRIDE OF
ALOHA, O.N. 1153219

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRIMO MATEO, JR., <br><br> Plaintiff, <br><br> v. <br><br> NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; <u>In Personam</u>, and the M/V PRIDE OF ALOHA, <u>O.N. 1153219 In Rem</u>, <br><br> Defendants. | CIVIL NO. 04-00716 JMS/LEK (In Admiralty) <br><br> DEFENDANTS NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; AND M/V PRIDE OF ALOHA, O.N. 1153219'S DISCLOSURE OF EXPERTS; CERTIFICATE OF SERVICE <br><br> Trial Date: September 26, 2006 <br> Time:      9:00 a.m. <br> Judge:     Honorable J. Michael Seabright |

## DEFENDANTS NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; AND M/V PRIDE OF ALOHA, O.N. 1153219'S DISCLOSURE OF EXPERTS

Defendants NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; and M/V PRIDE OF ALOHA, O.N. 1153219 (collectively, "Defendants"), make the following disclosure of experts pursuant to Fed. R. Civ. P. 26(a)(2) and the requirements of the Scheduling Conference Order. At this time, Plaintiff's medical condition is uncertain and unresolved. It is Defendants' understanding that, on or around April 20, 2006, a second surgical procedure was recommended for Plaintiff by Dr. Gary Okamura, although Defendants have not yet received a formal request for authorization as of this date. It is therefore unclear to Defendants if or when that surgical procedure will take place.

At this time, Defendants do not have any expert witnesses to disclose. However, pending Plaintiff's possible surgery and pending a better understanding of Plaintiff's medical condition, Defendants anticipate that they may eventually have an independent medical examination conducted on Plaintiff by an orthopedist who could serve as an expert witness at trial. Defendants will disclose the identity and report of such an expert witness, and of any other expert witness who may become necessary as more facts become known about Plaintiff's medical condition, in a timely fashion pursuant to all applicable rules and court orders.

DATED: Honolulu, Hawaii, April 26, 2006.

    CADES SCHUTTE
A Limited Liability Law Partnership

/s/ Neill T. Tseng
JEFFREY S. PORTNOY
NEILL T. TSENG
Attorneys for Defendants
NCL, AMERICA, INC.; PRIDE OF
ALOHA, INC.; and M/V PRIDE OF
ALOHA, O.N. 1153219

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRIMO MATEO, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; In Personam, and the M/V PRIDE OF ALOHA, O.N. 1153219 In Rem,<br><br>　　　　　Defendants. | CIVIL NO. 04-00716 JMS/LEK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006, a copy of the foregoing document was duly served electronically through CM/ECF upon the following party:

　　　　JAY LAWRENCE FRIEDHEIM, ESQ.　　　(jlf@pixi.com)
　　　　820 Mililani Street, Suite 503
　　　　Honolulu, Hawaii  96813

　　　　Attorney for Plaintiff

ImanageDB:647001.1

-2-

DATED: Honolulu, Hawaii, April 26, 2006.

                CADES SCHUTTE
                A Limited Liability Law Partnership

                /s/ Neill T. Tseng
                JEFFREY S PORTNOY
                NEILL T. TSENG
                Attorneys for Defendants
                NCL, AMERICA, INC.; PRIDE OF
                ALOHA, INC.; and M/V PRIDE OF
                ALOHA, O.N. 1153219