ORIGINAL

JAY LAWRENCE FRIEDHEIM #4516
ADMIRALTY ADVOCATES®
820 Mililani Street, Suite 503
Honolulu, Hawaii 96813
Telephone No. (808) 545-5454
Facsimile No. (808) 528-1818
E-mail: JLF@pixi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 0 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRIMO MATEO, JR. ) | CIVIL NO. 04-00716 HG/LEK |
| Plaintiff, ) | (In Admiralty) |
| vs. ) | |
| ) | PLAINTIFF'S NAMING OF |
| NCL, AMERICA, INC.; PRIDE OF ) | EXPERT WITNESSES; |
| ALOHA, INC.; <u>In Personam</u>, and ) | CERTIFICATE OF SERVICE |
| the M/V PRIDE OF ALOHA, <u>O.N.</u> ) | |
| <u>1153219 In Rem,</u> ) | |
| Defendants. ) | Trial Date: 5/1/07 |

PLAINTIFF'S NAMING OF EXPERT WITNESSES

Plaintiff PRIMO MATEO, JR., by and through his undersigned counsel, pursuant to F.R.C.P. Rule 26, hereby discloses his expert witnesses as follows:

I.   Medical Experts

The following health care providers will testify as to examinations, diagnosis, causation, treatment, prognosis, limitations, and degree of impairment and resultant functional capacity as to Plaintiffs' injuries from the events alleged

in the complaint, and will testify on matters relating to causation and damages. These are all treating doctors and health care professionals and their opinions will be supported by their medical records and the medical records of the other health care professionals who have treated the Plaintiff.

    Edward Birdsong, D.O.
    Ship's Physician, Pride of Aloha
    c/o   Jeffrey S. Portnoy, Esq.
          1000 Bishop Street, Suite 1200
          Honolulu, Hawaii 96813

    Alex Aberin, M.D.
    45 Mohouli Street
    Hilo, Hawaii 96720

    Edward Gutteling, M.D.
    45 Mohouli Street
    Hilo, Hawaii 96720

    Linda Loewenherz, P.T.
    Island Rehab, Inc. (Kilauea Rehab, Inc.)
    45 Mohouli Street
    Hilo, Hawaii 96720

    Matthew Byers, P.T.
    Island Rehab, Inc. (Kilauea Rehab, Inc.)
    333 Kilauea Avenue
    Hilo, Hawaii 96720

    Gary Okamura, M.D.
    The Queen's Physicians Office Bldg. II
    1329 Lusitana St., Suite 501
    Honolulu, Hawaii 96813

Robert Saito, M.D.
Hawaii Radiologic Associates
670 Ponahawai Street, #110
Hilo, Hawaii 96720

Representative from
Hawaii Radiologic Associates, Ltd.
688 Kinoole Street, Suite 103
Hilo, Hawaii 96720-3868

Richard Lee-Ching, M.D.  (Family doctor)
780 Laukapu Street
Hilo, Hawaii 96720

Functional Capacity Evaluator
FCE Evaluator will be named at a later date, after a FCE has been conducted.

Plaintiff reserves the right to name additional health care providers who are unknown at this time, or may treat Plaintiff hereafter.

Plaintiff reserves the right to name and call as an expert any expert witness identified as required by the Defendant.

Plaintiff reserves the right to name rebuttal expert witnesses as required.

DATED: Honolulu, Hawaii, October 30, 2006.

_____
JAY LAWRENCE FRIEDHEIM
Attorney for Plaintiff

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRIMO MATEO, JR. ) | CIVIL NO. 04-00716 HG/LEK |
| Plaintiff, ) | (In Admiralty) |
| vs. ) | |
| NCL, AMERICA, INC.; PRIDE OF ) | CERTIFICATE OF SERVICE |
| ALOHA, INC.; In Personam, and ) | |
| the M/V PRIDE OF ALOHA, O.N. ) | |
| 1153219 In Rem, ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was duly served upon the following on October 30, 2006 by the means indicated below:

|  | Via Hand Delivery | Via Mail | Via Fax 540-5040 |
|---|---|---|---|
| JEFFREY S. PORNOY, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813 | ( ) | (✓) | (✓) |

Attorney for Defendants NCL AMERICA, INC., PRIDE OF ALOHA, INC., and M/V PRIDE OF ALOHA, O.N. 1153219

DATED: Honolulu, Hawaii October 30, 2006

_____
JAY LAWRENCE FRIEDHEIM
Attorney for Plaintiff