ORIGINAL

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY    1211-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email: jportnoy@cades.com

Attorney for NCL, AMERICA, INC.; PRIDE OF
ALOHA, INC.; and M/V PRIDE OF ALOHA,
O.N. 1153219

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2007

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRIMO MATEO, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; <u>In Personam</u>, and the M/V PRIDE OF ALOHA, <u>O.N. 1153219 In Rem</u>,<br><br>  Defendants. | CIVIL NO. 04-00716 HG/LEK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANTS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (Gary Okamura, M.D.)] |

CERTIFICATE OF SERVICE

I hereby certify that true copies of NCL, AMERICA, INC.; PRIDE OF

ALOHA, INC.; and M/V PRIDE OF ALOHA, O.N. 1153219'S Notice of Taking

Deposition Upon Oral Examination (Gary Okamura, M.D.) was served on counsel

Deposition Upon Oral Examination (Gary Okamura, M.D.) was served on counsel of record, by US Mail, postage paid, on the date below, as follows:

Jay Lawrence Friedheim, Esq.
820 Mililani Street, Suite 503
Honolulu, Hawaii 96813

Attorney for Plaintiff Primo Mateo, Jr.

DATED: Honolulu, Hawaii, January 4, 2007.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY
Attorney for NCL, AMERICA, INC.;
PRIDE OF ALOHA, INC.; and M/V PRIDE
OF ALOHA, O.N. 1153219