CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211-0
CHRISTIAN K. ADAMS          8192-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii  96813-4212
Telephone:  (808) 521-9200
Facsimile:  (808) 521-9210
e-mail: jportnoy@cades.com
e-mail: cadams@cades.com

Attorneys for NCL, AMERICA, INC.; PRIDE OF
ALOHA, INC.; and M/V PRIDE OF ALOHA,
O.N. 1153219

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRIMO MATEO, JR.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NCL AMERICA, INC.; PRIDE OF ALOHA, INC.; In Personam, and the M/V PRIDE OF ALOHA, O.N. 1153219 In Rem,<br><br>　　　　　Defendants. | CIVIL NO. 04-000716 HG/LEK<br>(In Admiralty)<br><br>**DEFENDANTS NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; and M/V PRIDE OF ALOHA, O.N. 1153219'S FINAL PRETRIAL STATEMENT; CERTIFICATE OF SERVICE**<br><br>Trial Date:  May 1, 2007 |

**DEFENDANTS NCL, AMERICA, INC.; PRIDE
OF ALOHA, INC.; and M/V PRIDE OF ALOHA,
O.N. 1153219'S FINAL PRETRIAL STATEMENT**

Come now Defendants **NCL, AMERICA, INC., PRIDE OF**

**ALOHA, INC., and M/V PRIDE OF ALOHA, O.N. 1153219** ("Defendants")

ImanageDB:697336.1

by and through their undersigned counsel, and pursuant to Local Rule 16.6, submit their Final Pretrial Statement as follows:

A. <u>PARTY</u>

This Final Pretrial Statement is submitted on behalf of Defendants NCL, America, Inc., Pride of Aloha, Inc., and M/V Pride of Aloha, O.N. 1153219 ("Defendants").

B. <u>JURISDICTION AND VENUE</u>

Jurisdiction and venue are not disputed.

C. <u>SUBSTANCE OF ACTION</u>

This case concerns an injury allegedly suffered by Plaintiff Primo Mateo, Jr. ("Plaintiff"), to his right shoulder on September 19, 2004, while moving luggage for Defendants as a Utility-Hotel aboard the Pride of Aloha cruise ship. The Utility-Hotel job involves cleaning various areas of the ship and moving luggage.

Plaintiff has broadly asserted claims for Jones Act negligence and unseaworthiness, claiming that Defendants did not provide Plaintiff with a seaworthy vessel or a seaworthy crew and were otherwise negligent by not providing Plaintiff with enough equipment or assistance to avoid injuring his shoulder.

Defendants maintain that Plaintiff has not substantiated any of these claims, particularly the causation component of the underlying injury, and therefore deny all liability.

D. UNDISPUTED FACTS

All factual issues germane to the allegations in the Complaint are in dispute.

E. DISPUTED FACTUAL ISSUES

All material factual issues remain in dispute.

F. RELIEF PRAYED

In his First Amended Complaint, Plaintiff seeks: 1) general damages, special damages and maintenance and cure; 2) the costs of the suit; and 3) pre and post judgment interest.

G. POINTS OF LAW

There are no unique points of law in this matter.

H. PREVIOUS MOTIONS

There have not been any motions filed in this case.

I. WITNESSES TO BE CALLED

At this time, Defendants anticipate calling the following witnesses at trial:

| WITNESS | TESTIMONY |
|---|---|
| NCL/Pride of Aloha employees:<br>Edward Birdsong, DO<br>Michelle Picton, RN<br>Wayne Garcia<br>Andre Gross<br>Willy Gartland<br>c/o Jeffrey Portnoy, Esq.<br>Cades Schutte<br>1000 Bishop Street, 12th floor<br>Honolulu, Hawaii 96813 | NCL employees, will testify to circumstances related to liability and damages. |
| Edward Gutteling, M.D.<br>45 Mohouli Street<br>Hilo, Hawaii 96720 | Treating physician |
| Alex Aberin, M.D.<br>Hilo Urgent Care Center<br>45 Mohouli Street<br>Hilo HI 96720 | Treating physician. |
| Gary Okamura, M.D.<br>1329 Lusitana Street, Suite 501<br>Honolulu, Hawaii 96813 | Treating physician. |
| Gregory Kassel, MD<br>Kauai Medical Clinic<br>3-3420 Kuhio Highway, Suite B<br>Lihue HI 96766 | Treating physician. |
| Custodian of Records<br>Hilo Urgent Care Center<br>45 Mohouli Street<br>Hilo HI 96720 | Custodian of records – will authenticate medical records. |
| Custodian of Records<br>Kauai Medical Clinic<br>3-3420 Kuhio Highway, Suite B<br>Lihue HI 96766 | Custodian of records – will authenticate medical records |

| Custodian of Records<br>Edward Gutteling, M.D.<br>45 Mohouli Street<br>Hilo HI 96720 | Custodian of records – will authenticate medical records |
|---|---|
| Matthew Byers, P.T.<br>Kilauea Rehab, Inc.<br>333 Kilauea Avenue<br>Hilo, Hawaii 96720 | P.T. and Functional Capacity Evaluator |

Defendants reserve the right to call any additional witnesses as may be required for rebuttal purposes and also those which may be uncovered through further discovery.

J. <u>EXHIBITS, SCHEDULES AND SUMMARIES</u>

At this time, Defendants anticipate that the following exhibits may be marked and introduced:

1. Selected pages of Plaintiff's medical and employment records in this matter.

2. Selected pages of medical and lay deposition testimony and corresponding exhibits.

3. Selected pages of exhibits attached to previous filings and discovery conducted in this matter.

4. Defendants reserve the right to mark and introduce any exhibits that are deemed necessary to Defendants' case based on further discovery as may be permitted by this Court.

K. FURTHER DISCOVERY OR MOTIONS

None.

L. STIPULATIONS

None.

M. AMENDMENTS, DISMISSALS

None.

N. SETTLEMENT DISCUSSION

Defendants offered Plaintiff $15,000 as a complete and full settlement on November 28, 2006, but the offer was refused.

O. AGREED STATEMENT

None.

P. BIFURCATION, SEPARATE TRIAL OF ISSUES

Unnecessary.

Q. REFERENCE TO MASTER OR MAGISTRATE

Defendants do not object to reference of this case to a Magistrate Judge, but one has not been requested.

R. APPOINTMENT AND LIMITATION OF EXPERTS

None.

S. TRIAL

Trial is scheduled to begin on May 1, 2007.

T. ESTIMATE OF TRIAL TIME

The trial is expected to last approximately three to five days.

U. CLAIMS OF PRIVILEGE OR WORK PRODUCT

None.

V. MISCELLANEOUS

None.

DATED: Honolulu, Hawaii, March 20, 2007.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY
CHRISTIAN K. ADAMS
Attorneys for Defendants NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; and M/V PRIDE OF ALOHA, O.N. 1153219