IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRIMO MATEO, JR.<br><br>Plaintiff,<br><br>v.<br><br>NCL AMERICA, INC.; PRIDE OF ALOHA, INC.; In Personam, and the M/V PRIDE OF ALOHA, O.N. 1153219 In Rem,<br><br>Defendants. | CIVIL NO. 04-000716 HG/LEK<br>(In Admiralty)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following individuals via electronic notice at the following email addresses:

Jay L. Friedman:   jlf@pixi.com, clairemm@hawaii.rr.com, jlfusdc@hawaii.rr.com, mariegreen@hawaii.rr.com, dbardo@hawaii.rr.com

DATED:  Honolulu, Hawaii, March 20, 2007.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY
CHRISTIAN K. ADAMS
Attorneys for Defendants NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; and M/V PRIDE OF ALOHA, O.N. 1153219

ImanageDB:697336.1