# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/27/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00716JMS-LEK |
| CASE NAME: | Primo Mateo, Jr. Vs. Norwegian Cruise Line, Ltd., et al. |
| ATTYS FOR PLA: | Jay Lawrence Friedheim |
| ATTYS FOR DEFT: | Jeffrey S. Portnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 6-No Record |
| DATE: | 03/27/2007 | TIME: | 9:15-9:20 |

COURT ACTION:  EP: Final Pretrial Conference not held.

Final Pretrial Conference; Further Settlement Conference set for 9:30 4/3/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager