# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/04/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 04-00716JMS-LEK

CASE NAME:        Primo Mateo, Jr. Vs. Norwegian Cruise Line, Ltd., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    04/04/2007                   TIME:

COURT ACTION:  EO: A Further Settlement Conference was held with Plaintiff, Jay Lawrence Friedheim, Esq. and Jeffrey S. Portnoy, Esq. present.

Parties agree to settlement amount and terms with Mr. Portnoy to prepare the confirming letter with the agreed upon essential terms and conditions by **April 6, 2007**.

Stipulation for Dismissal with Prejudice shall be **filed** no later than **May 2, 2007.** Trial date and all deadlines are Hereby Vacated.

Submitted by: Warren N. Nakamura, Courtroom Manager