CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY    1211-0
CHRISTIAN K. ADAMS    8192-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4212
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
e-mail: jportnoy@cades.com
e-mail: cadams@cades.com

Attorneys for Defendants
NCL, AMERICA, INC.; PRIDE OF
ALOHA, INC.; IN PERSONAM, and the
M/V PRIDE OF ALOHA, O.N. 1153219 IN
REM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2007

at 10 o'clock and 30 min A.M.
SUE BEITIA, CLERK

LODGED
MAY 25 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRIMO MATEO, JR.<br><br>    Plaintiff,<br><br>v.<br><br>NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; In Personam, and the M/V PRIDE OF ALOHA, O.N. 1153219 In Rem,<br><br>    Defendants. | CIVIL NO. 04-00716 JMS/LEK<br>(In Admiralty)<br><br>STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; IN PERSONAM, and the M.V. PRIDE OF ALOHA, O. N. 1153219 IN REM WITH PREJUDICE<br><br>Trial Date: May 1, 2007 |

**STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; IN PERSONAM, and the M.V. PRIDE OF ALOHA, O.N. <u>1153219 IN REM WITH PREJUDICE</u>**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), IT IS HEREBY STIPULATED by and among the parties hereto that all claims set forth in the First Amended Complaint against Defendants NCL, AMERICA, INC., PRIDE OF ALOHA, INC.; IN PERSONAM, and the M.V. PRIDE OF ALOHA, O.N. 1153219 IN REM, filed February 3, 2005 are hereby DISMISSED WITH PREJUDICE.

This order disposes of all claims against NCL, AMERICA, INC., PRIDE OF ALOHA, INC.; IN PERSONAM, and the M.V. PRIDE OF ALOHA, O.N. 1153219 IN REM, in this matter. Each party shall bear its own costs and fees.

DATED: Honolulu, Hawaii, _May 25_, 2007.

                CADES SCHUTTE
                A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY, ESQ.
CHRISTIAN K. ADAMS, ESQ.
Attorneys for Defendants
NCL AMERICA, INC.; PRIDE OF ALOHA, INC.; IN PERSONAM, and the M.V. PRIDE OF ALOHA, O.N. 1153219 IN REM

_____
JAY L. FRIEDHEIM, ESQ.
Attorney for Plaintiff
PRIMO MATEO, JR.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Stipulation for Dismissal of All Claims Against Defendants NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; IN PERSONAM, and the M.V. PRIDE OF ALOHA, O.N. 1153219 IN REM, With Prejudice.